# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| O'Bryant Carisco Howie, | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00739-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Wednesday, December 12, 2012 Order.

December 12, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court